**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **DALE McDANIEL, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **Case No. 03-2210-GTV** |
| | ) | |
| **SOUTH & ASSOCIATES, P.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE**
**AND SUGGESTIONS IN SUPPORT**

Defendant, South & Associates, P.C., hereby respectfully moves to dismiss this action, with prejudice. In support of its Motion, Defendant states as follows:

1. This action was originally brought by four plaintiffs, Dale McDaniel, Joshua Tribble, Nicole Tribble, and Isreal Owen Hawkins.

2. All claims by Hawkins were disposed of on summary judgment. The Tribbles have filed a Stipulation of Dismissal With Prejudice with respect to their claims. Accordingly, only the claims of McDaniel remain pending.

3. McDaniel and Defendant appeared for a settlement conference on February 17, 2005. The parties reached agreement to settle the case, with the provision that the case be dismissed with prejudice upon the payment of certain consideration to McDaniel. This agreement was memorialized in a draft Settlement Agreement, and recorded on the record.

4. Defendant has tendered the consideration, and thus has fully performed its obligations under the Settlement Agreement. McDaniel has refused to execute a final version of the Settlement Agreement, and has refused to accept the consideration.

5.   Because Defendant has fully performed its obligations under the Settlement Agreement, and because McDaniel has agreed to dismiss this matter with prejudice, Defendant respectfully moves this Court to dismiss this action in its entirety, with prejudice.

WHEREFORE, Defendant respectfully moves this Court to dismiss this matter with prejudice, each party to bear his or its costs.

        SPENCER FANE BRITT & BROWNE LLP

        **s/Daniel B. Boatright**
        J. Nick Badgerow     # 9138
        Daniel B. Boatright    #15296
        Katherine M. Miller   #20069
        9401 Indian Creek Parkway, Suite 700
        Overland Park, Kansas 66210
        (913) 345-8100
        (913) 345-0736
        nbadgerow@spencerfane.com
        dboatright@spencerfane.com
        kmiller@spencerfane.com
        ATTORNEYS FOR DEFENDANT


**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of March, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF System which will send a notice of the electronic filing to the following:

W. Greg Wright, Esq.
Geoffrey Clark, Esq.
Mark Beam-Ward, Esq.
HILL, BEAM-WARD & KRUSE, L.L.C.
8695 College Blvd., Suite 200
Overland Park, Kansas 66210
ATTORNEYS FOR PLAINTIFFS

**s/ Daniel B. Boatright**
ATTORNEYS FOR DEFENDANT