IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
05 JUN -3 PM 1: 18

RALPH L. DeLOACH
CLERK
BY K O'Keefe DEPUTY
KANSAS CITY, KS

| | | |
|---|---|---|
| DALE McDANIEL, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 03-2210-GTV-DJW |
| | ) | |
| SOUTH & ASSOCIATES, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

## SATISFACTION OF ATTORNEY'S FEES AND COSTS
## PER SETTLEMENT AGREEMENT AND COURT ORDER

The undersigned, this 12th day of May, 2005 hereby declares that he has read the Settlement Agreement and Release of All Claims marked and received by the Court as Defendant's Exhibit 1 during the settlement conference held on February 17, 2005, and that he approved its terms. The undersigned agrees to maintain the confidentiality of the Agreement in accordance with the terms of paragraph D of the Agreement. The undersigned hereby acknowledges receipt of the attorney's fees and costs to be paid by Defendant South & Associates pursuant to the agreement. All attorney's fees and costs have been satisfied by S&A by virtue of the payments paid pursuant to the Agreement. The undersigned hereby releases his and his law firm's attorney lien filed in this case.

HILL, BEAM-WARD, KRUSE
& WILSON, L.L.C.

*[signature]*

W. GREG WRIGHT, KS # 18352
GEOFFREY CLARK, KS # 18909
MARK BEAM-WARD, KS # 10071
8695 College Boulevard, Suite 200
Overland Park, Kansas 66210
(913) 339-6888